UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

UNITED STATES OF AMERICA,

                                     Case No. 89-cr-50025-4

         Plaintiff,                    Hon. Bernard A. Friedman

    v.

KEVIN TYRONE WILSON,

         Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION TO APPEAL IN FORMA PAUPERIS

Before the Court is defendant's unopposed pro se motion [docket entry 802] to appeal, in forma pauperis, this Court's April 30, 2012 order [docket entry 794] denying defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) [docket entry 790].  As defendant has already been "permitted to proceed in forma pauperis in the district-court action" and the Court has no reason to certify that the instant appeal "is not taken in good faith," defendant's motion is denied as academic. FED. R. APP. P. 24(a)(3)(A).

Accordingly,

IT IS ORDERED that defendant's motion to appeal in forma pauperis is denied as academic.

Dated: July 20, 2012                      s/Bernard A. Friedman
                                        Senior United States District Judge

I hereby certify that a copy of this order was sent to parties of record on July 20, 2012 by electronically and/or by U.S. mail.

                                        s/Michael Williams
                                        Relief Case Manager to the Honorable
                                        Bernard Friedman